IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ARVA ANDERSON,<br><br>               Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY., et al,<br><br>               Defendant. | MEMORANDUM DECISION AND ORDER GRANTING IN PART DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF, OR REFERENCE TO, INSURANCE AT TRIAL<br><br><br>Case No. 2:06-CV-741 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant Sepco's ("Sepco") Motion in Limine to Preclude Evidence of, or Reference to, Insurance During Trial. For the reasons set forth below, the Court will grant Defendant's Motion in part.

The Court will apply the Federal Rules of Evidence at trial. The Court will grant the Defendant's Motion in Limine to the extent that it complies with Federal Rule of Evidence 411. Federal Rule of Evidence 411 states, "Evidence that a person was or was not insured against liability is not admissible to prove whether the person acted negligently or otherwise wrongfully. But the court may admit this evidence for another purpose, such as proving a witness's bias or prejudice or proving agency, ownership, or control."

It is therefore ORDERED that Defendant Sepco's Motion in Limine to Preclude Evidence of, or Reference to, Insurance During Trial (Docket No. 406) is GRANTED IN PART.

DATED this 9th day of September, 2014.

BY THE COURT:

_____
Ted Stewart
United States District Judge