IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ARVA ANDERSON,<br><br>                    Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY., et al,<br><br>                    Defendants. | MEMORANDUM DECISION AND ORDER GRANTING IN PART DEFENDANTS' MOTIONS IN LIMINE TO PRECLUDE COMMENTS ON OTHER OR UNRELATED LAWSUITS<br><br><br>Case No. 2:06-CV-741 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant Sepco Corporation's Motion in Limine to Preclude Comments on Other or Unrelated Lawsuits (Docket No. 405) and Defendant Flowserve Corporation's (f/k/a Durco International, Inc.) Motion in Limine to Preclude Comments on Other or Unrelated Lawsuits (Docket No. 441). For the reasons set forth below, the Court will grant Defendants' Motions in part.

Federal Rule of Evidence 401 defines relevant evidence as evidence that "has any tendency to make a fact more or less probable than it would be without the evidence; and . . . the fact is of consequence in determining the action." Federal Rules of Evidence 402 and 403 limit admissible evidence to relevant evidence that has probative value not substantially outweighed by the danger of unfair prejudice, confusing the issues, misleading the jury, causing undue delay, wasting time, or needlessly presenting cumulative evidence.

The existence of prior or current unrelated lawsuits has little probative value, could be highly prejudicial, and could confuse or mislead the jury on the issue of liability. The Court will

1

not allow comments or evidence of current or prior unrelated lawsuits when offered to prove liability.  However, a witness's participation in a previous or ongoing unrelated lawsuit, especially that of an expert witness, could demonstrate the bias or lack of credibility of the witness.  Therefore the Court will allow evidence of unrelated lawsuits that is offered for the purpose of demonstrating bias or attacking the credibility of a witness.

It is therefore

ORDERED that Defendants' Motions in Limine to Preclude Comments on Other or Unrelated Lawsuits (Docket Nos. 405 and 441) are GRANTED IN PART as set forth above.

DATED this 11th day of September, 2014.

BY THE COURT:

_____
Ted Stewart
United States District Judge